CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM M. TYREE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-565(JR) |
| | ) | |
| SECRETARY OF THE ARMY | ) | Category   G |
| | ) | |
| Defendants | ) | |

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 7, 2008 from Judge Colleen Kollar-Kotelly to Judge James Robertson by direction of the Calendar Committee.

(Case Randomly Reassigned as not related to CA 99-2709 )

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk