UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. TYREE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SECRETARY OF THE ARMY, )<br>)<br>Respondents. )<br>) | Civil Action No. 08-0565 (JR) |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition for a writ of habeas corpus [Dkt. #1] is **DENIED** without prejudice, and it is further

**ORDERED** that plaintiff's motion for review of case label [Dkt. #5] is **DENIED** as moot, and it is further

**ORDERED** that this civil action is **DISMISSED** without prejudice.

This is a final appealable Order.

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge