UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>S. WALPOLE, MA 02071<br><br>        Petitioner<br><br>v.<br><br>SECRETARY OF THE ARMY<br>CHIEF, ARMY LITIGATION<br>DIVISION, 901 NORTH STUART<br>STREET, SUITE 400,<br>ARLINGTON, VA 22203-1837<br><br>        Respondent | COURT NO. 1:08-cv-00565 JR<br><br>PETITIONER's MOTION PURSUANT TO<br>RULE 60(a)(b), F.R.C.P., FOR RELIEF<br>FROM JUDGMENT ENTERED APRIL 30,<br>2008: CLERICAL MISTAKE, COURT FAILED<br>TO NOTIFY THE INCARCERATED PETITIONER<br>BY MAIL OF THE APRIL 30, 2008, JUDGMENT<br>(PETITIONER DOES NOT HAVE ACCESS TO THE<br>INTERNET) |

Comes now the Petitioner, William M. Tyree, **Pro se**, incarcerated in a Level-6 State Maximum Security Prison, (Walpole State Prison), without Internet Access, who moves this United States District Court, (USDC), Robertson, J., to allow this Motion and ORDER that the judgment entered on April 30, 2008, is vacated for the reasons set out in the attached affidavit. Further, the judgment of the USDC will not enter until the Petitioner is served by mail so that the Petitioner may respond accordingly.

Respectfully submitted,

William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

June 16, 2008

**RECEIVED**

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7/2/08, file granted
leave to file
/s/ Robertson
USDJ

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>S. WALPOLE, MA 02071<br><br>      Petitioner<br><br>v.<br><br>SECRETARY OF THE ARMY<br>CHIEF, ARMY LITIGATION<br>DIVISION, 901 NORTH STUART<br>STREET, SUITE 400,<br>ARLINGTON, VA 22203-1837<br><br>      Respondent | COURT NO. 1:08-cv-00565<br><br><br>AFFIDAVIT OF WILLIAM M. TYREE IN<br>SUPPORT OF THE MOTION FOR RELIEF<br>FROM JUDGMENT, RULE 60(a)(b) F.R.C.P. |

I, <u>William M. Tyree</u>, on oath pursuant to 28 USC, §1746, declare:

1. That, I am the named Petitioner in the above entitled matter.

2. That, the above action was docketed on April 1, 2008, and was assigned to Judge Colleen Kollar-Kotelly. The United States District Court, (USDC), notified me of that fact via the attached face page of my petition. This page bears the case docket number, name of judge, date the judge was assigned, and description of the case.

3. That, based on the receipt of the face page attached, I wrote back to the USDC, and questioned the description of the case as being "Description: Habeas Corpus/2255." I never heard back from the USDC on my question.

4. That, on June 10, 2008, after I had not heard anything from the USDC, I lost my temper with state prison staff. I accused them of interfering with litigation between the U.S. Army and myself. They have done that before. I was told that the prison para-legal would attempt to attain a copy of the case docket entries for me.

5. That, on June 10, 2008, prison para-legal, Cheryl **Maher**, did provide a copy of the Docket in this case, and I found out for the first time that -- (Docket is from the Internet):

   (a). the case had been reassigned from Judge Kollar-Kotelly, to Judge James Robertson: no one notified me of that change;

   (b). the letter I wrote and referred to above at ¶¶3, was received and filed by the USDC;

   (c). the USDC had dismissed the Writ as being moot. I found that strange since the finance records from the U.S. Army had not been received until late 2006. I did not understand why the Petition was dismissed without prejudice as being moot.

6. That, until June 10, 2008, I had no idea that the petition had been dismissed. Obviously, the time limits have expired to file for a Certificate of Probable Cause (Rule 22(b) of the F.R.A.P., and as such, I was left with seeking an Order for relief of judgment based on the contents of this affidavit and exhibits. The Internet Computer Docket Entry Sheet is dated June 10, 2008, and the "Client Code" is **"Maher/Walpole"**.

7. That, I do not have access to the Internet, and must receive all

3

court Orders by mail. This prison, like all other state prisons in Massachusetts, do not have Internet access, even for legal purposes. I would point out that the attached Computer Docket Sheet in this case given to me by the prison para-legal, Cheryl Maher. Does not outline that I was served with a copy of the docket sheet, change of judges in this case, nor with the Order of April 30, 2008. A failure to serve me prevented me from reviewing the Order of April 30, 2008, Docket Entry #6 and #7, to determine if a Certificate of Probable Cause could be attained.[1/] Based on the contents of this affidavit, I would move this USDC, Robertson, J., to allow the Motion For Relief From Judgment entered April 30, 2008.

Signed under the pains and penalties of perjury on this date, June 16, 2008.

William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

---

**1/** As set out above. I am at a loss to understand how the petition could be moot. The finance records were not attained until late 2006. All other available remedies have been exhausted thru the U.S. Army. The finance records clearly indicate the Army discharged me without any financial discharge whatsoever. 10 USC, §1168(a), clearly mandates that no soldier may be discharged until he is also financially discharged. Since I am not discharged financially, I must still be in the Army which should allow me the Petition for Habeas Corpus which I seek . That is how other cases presented to this USDC were decided. I suppose I will have to wait to see the judgment of the USDC to understand the position of the USDC. But it don't seem logical that I would be denied the petition when I can show I was never financially discharged; nor logical, when the USDC failed to ORDER the Army to at least enter a pleading under oath as to whether or not I was financially discharged. It would seem the USDC is setting itself up for review on appeal. But I may be wrong.

CERTIFICATE OF SERVICE

I, <u>William M. Tyree</u>, pursuant to 28 USC, Section 1746, state:

1. That, I have served the following parties with the stated pleadings:

>       Office of the U.S. Attorney
>       Judiciary Center
>       555 Fourth Street, N.W.
>       Washington, D.C. 20001
>       (regular first class mail postage)
>
>       United States Army
>       Chief, Army Litigation Division
>       901 North Stuart Street, Suite 400
>       Arlington, VA., 22203-1837
>       (regular first class mail postage)
>
>       E. Barrett Prettyman U.S. Courthouse
>       Attn: **Clerk of Court**
>             Room **1834**
>       333 Constitution Avenue, N.W.
>       Washington, D.C. 20001
>       (\*certified return receipt requested mail
>        7007 3020 0001 1262 9943

2. That, the pleadings served on all parties above are:

    Motion Pursuant To Rule 60(a)(b) For Relief From Judgment Dated April 30, 2008;

    Petitioner's Proposed Order On the Motion For Relief Of Judgment Dated April 30, 2008, Pursuant To Rule LCvR 7.1(c);

    Petitioner's Affidavit w/Exhibits In Support Of The Motion For Relief Of Judgment Dated April 30, 2008.

Signed under the pains and penalties of perjury on this date, June 16, 2008, and service of the above pleadings was made on June 16, 2008, by delivering the above material for mailing to prison officials.

*William M. Tyree*
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
WILLIAM M. TYREE           )         DOCKET NO. _____
  P.O. BOX-100             )
  S. WALPOLE, MA 02071     )
                           )
           Petitioner      )
                           )
                           )         Case: 1:08-cv-00565
v.                         )         Assigned To : Kollar-Kotelly, Colleen
                           )         Assign. Date : 4/1/2008
                           )         Description: Habeas Corpus/2255
SECRETARY OF THE ARMY      )
  CHIEF, ARMY LITIGATION   )
  DIVISION, 901 NORTH STUART )
  STREET, SUITE 400,       )
  ARLINGTON, VA 22203-1837 )
                           )
           Respondent      )
_____)
```

PETITION FOR WRIT OF HABEAS CORPUS Ad SUBJICIENDUM,

28 USC, §2241(c)(1)(2)(3) FOR RELEASE FROM THE

UNITED STATES ARMY

SYNOPSIS

1. That, the Petitioner, William M. Tyree, (hereafter "Tyree"), while assigned to the 441st Military Intelligence Detachment, (MID), 10th Special Forces Group, Airborne, (SFG(A), Fort Devens, Massachusetts, was arrested at 1820 hours (6:20 pm), 13 February 1979, for a non-military, civilian criminal offense.

2. That, Tyree was subseqently convicted of the civilian criminal

CLOSED, PROSE-NP, TYPE-G

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00565-JR

TYREE v. SECRETARY OF THE ARMY
Assigned to: Judge James Robertson
Case: 1:99-cv-02709-CKK
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 04/01/2008
Date Terminated: 04/30/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

WILLIAM M. TYREE     represented by  WILLIAM M. TYREE
P.O. Box 100
South Warpole, MA 02071
PRO SE

V.

**Respondent**

SECRETARY OF THE ARMY
*Chief, Army Litigation Division*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2008 | 7 | ORDER denying without prejudice petition for a writ of habeas corpus 1 ; denying as moot plaintiff's motion for review of case label 5 and that this case is dismissed without prejudice. Signed by Judge James Robertson on April 30, 2008. (MT) (Entered: 04/30/2008) |
| 04/30/2008 | 6 | MEMORANDUM OPINION. Signed by Judge James Robertson on April 30, 2008. (MT) (Entered: 04/30/2008) |
| 04/17/2008 | 5 | MOTION for Review of Case Label. by WILLIAM M. TYREE (tg, ) "Let this be filed" by Judge James Robertson. (Entered: 04/18/2008) |
| 04/07/2008 | 4 | Case Reassigned to Judge James Robertson. Judge Colleen Kollar-Kotelly no longer assigned to the case as it is not related to CA 99-2709, a closed case. (jeb, ) (Entered: 04/07/2008) |
| 04/04/2008 | 3 | ORDER Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar-Kotelly, signed on April 4, 2008. (SM) (Entered: 04/04/2008) |
| 04/01/2008 | 2 | NOTICE OF RELATED CASE by WILLIAM M. TYREE. Case related to Case No. 99-2709 CKK. (td, ) (Entered: 04/04/2008) |
| 04/01/2008 | 1 | PETITION for Writ of Habeas Corpus ( Filing fee $ 5 receipt number 461611392.) filed by WILLIAM M. TYREE. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(td, ) (Entered: 04/04/2008) |

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 06/10/2008 11:32:11 | | |
|---|---|---|---|
| PACER Login: | md0304 | Client Code: | maher/walpole |
| Description: | Docket Report | Search Criteria: | 1:08-cv-00565-JR |
| Billable Pages: | 1 | Cost: | 0.08 |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM M. TYREE**<br>P.O. BOX-100<br>S. WALPOLE, MA 02071<br><br>   Petitioner<br><br>v.<br><br>**SECRETARY OF THE ARMY**<br>CHIEF, ARMY LITIGATION<br>DIVISION, 901 NORTH STUART<br>STREET, SUITE 400,<br>ARLINGTON, VA 22203-1837<br><br>   Respondent | DOCKET NO. 1:08-cv-00565<br><br>(PURSUANT TO LOCAL RULE<br> LCvR 7.1(c)<br><br>PETITIONER's PROPOSED ORDER ON THE<br>PETITIONER's MOTION FOR RELIEF FROM<br>JUDGMENT OF THE ORDER OF THE COURT<br>DATED APRIL 30, 2008 |

JAMES ROBERTSON, JUDGE, UNITED STATES DISTRICT COURT:

  This motion originated when the pro se petitioner, William M. Tyree, notified this United States District Court, (USDC), that he had not received a copy of the ORDER of this USDC, dated April 30, 2008. As grounds to support his motion, William M. Tyree, via sworn declaration stated that he did not have access to the Internet. As such, he could not electronically access the judgment and respond accordingly. Further, the docket does not reflect that the USDC mailed a copy of the judgment to William M. Tyree. As such, the Motion For Relief From Judgment Due To Clerical Error is granted.

  **ORDERED:** the judgment of April 30, 2008, is vacated as to

2

the date it was entered. The clerk will enter the judgment effective June 30, 2008, and mail a copy of the judgment to William M. Tyree, immediately;

**ORDERED**: William M. Tyree will have until July 30, 3008, to respond accordingly, if William M. Tyree decides to do so. For the reasons set out this ORDER is issued.

SO ORDERED.


DATED:_____                           _____
                                                JAMES ROBERTSON
                                                UNITED STATES DISTRICT JUDGE