UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
WILLIAM M. TYREE,              :
                               :
        Plaintiff,             :
                               :
     v.                        :  Civil Action No. 08-0565 (JR)
                               :
SECRETARY OF THE ARMY,         :
                               :
        Defendant.             :
```

**ORDER**

The official docket of this Court shows that copies of the Court's opinion and order of 4/30/08, denying plaintiff's petition for habeas corpus and dismissing his case without prejudice [#6, #7] were in fact mailed to plaintiff, at the address shown in his latest motion for relief from judgment. Nevertheless, because prison mail delivery can be uncertain, the motion for relief from judgment [#8], construed as a request for another copy, will be **granted**. The Clerk is directed to send copies of the 4/30/08 opinion and order with this order, and, to preserve plaintiff's time to appeal, to enter judgment for the defendant as of the date of this order.

                                        JAMES ROBERTSON
                                   United States District Judge