UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM M. TYREE,

    Petitioner(s)

vs.

SECRETARY OF THE NAVY,

    Respondent(s)

Civil Action No. 1:08-cv-565



FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum, it is hereby

ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is denied without prejudice.  Judgment is hereby entered in favor of the respondent.

This is a final appealable order.  See Fed. R. App. P.4(a).

Dated at Washington, D.c.; July 16, 2008.

NANCY MAYER WHITTINGTON
Clerk

By:_____